## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Shamim Mafi<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-MJ-02332-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defendant_____ , IT IS ORDERED that a detention hearing is set for _Thursday, April 23_____ , _2026_____ , at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Stephanie S. Christensen_____ , in Courtroom _790_____

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_(Other custodial officer)_

Dated: _April 20, 2026_____

_____
U.S. ~~District Judge/~~Magistrate Judge