Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT

5/1/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

## CASE SUMMARY

Case Number    2:26-cr-00266-MCS

U.S.A. v.    Shamim Mafi

Defendant Number    1

Year of Birth    1981

[✓] Indictment        [ ] Information

Investigative agency (FBI, DEA, etc.) _____

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense

[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [✓] Felony

b. Date of Offense    February 2024 to Present

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles        [ ] Ventura

[ ] Orange            [ ] Santa Barbara

[ ] Riverside         [ ] San Luis Obispo

[ ] San Bernardino    [ ] Other _____

Citation of Offense _____

_____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)    [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[ ] No        [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: 4/18/2026

Case Number:    2:26-mj-2332

Assigned Judge:    DUTY

Charging: _____

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?    [ ] No    [✓] Yes

IF YES, provide Name:    Jaya Gupta

Phone Number:    213-894-2854

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**    [ ] Yes    [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*    [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*    [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes    [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    [✓] YES    [ ] NO

IF YES, list language and/or dialect:

Farsi

**OTHER**

[ ] Male    [✓] Female

[ ] U.S. Citizen    [✓] Alien

Alias Name(s)    Raheleh Mafi

This defendant is charged in:

[✓] All counts

[ ] Only counts:

[ ] This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?    [ ] Yes    [✓] No

IF YES, should matter be sealed?    [ ] Yes    [ ] No

The area(s) of substantive law that will be involved in this case include(s):

[ ] financial institution fraud    [ ] public corruption

[ ] government fraud    [ ] tax offenses

[ ] environmental issues    [ ] mail/wire fraud

[ ] narcotics offenses    [ ] immigration offenses

[ ] violent crimes/firearms    [ ] corporate fraud

[✓] Other    sanctions violations

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?    [ ] Yes    [ ] No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:    [ ] State    [✓] Federal

b. Name of Institution:    Los Angeles MDC

c. If Federal, U.S. Marshals Service Registration Number:
   56998-512

d. [✓] Solely on this charge.  Date and time of arrest:
   4/18/2026

e. On another conviction:    [ ] Yes    [ ] No

   IF YES :    [ ] State    [ ] Federal    [ ] Writ of Issue

f. Awaiting trial on other charges:    [ ] Yes    [ ] No

   IF YES :    [ ] State    [ ] Federal    AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.    _____ 20    _____ 21    _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date    05/01/2026

Signature of Assistant U.S. Attorney

Kedar S. Bhatia

Print Name