UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. __2:26-cr-00266-MCS__                                        Date: __5/8/2026__

Present: The Honorable: __Alka Sagar, United States Magistrate Judge__

Interpreter __Yvette Hovsepian Bearce__                    Language __Farsi__

| Alma Felix | CS 05/08/2026 | Sebastian Bellm |
|:---:|:---:|:---:|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  In Custody          Attorneys for Defendants:  ✔ Present  DFPD

Shamim Mafi                                              Jaya C. Gupta

**Proceedings: Arraignment of**     ✔ **Assignment of Case**          **Appointment of Counsel**
**Defendant and/or**                   **Initial Appearance**

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Yvette Hovsepian Bearce; Language: Farsi
* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Mark C. Scarsi.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 6/23/2026 8:30 AM;
Status Conference: 6/15/2026 3:00 PM
* Government counsel provides trial estimate of 5 days.
* The parties are referred to Judge Scarsi's Procedures and Schedules to obtain a copy of the judge's criminal standing order located on the Court's website at www.cacd.uscourts.gov. Judge Scarsi is located in 7C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | |
|---|---|---|---|---|
| ✔ | USMLA | USMED | USMSA | **Initial Appearance/Appointment of Counsel:** 00 : 00 |
| | Statistics Clerk | | ✔ Interpreter | **Arraignment:** 00 : 06 |
| | CJA Supervising Attorney | | Fiscal | **Initials of Deputy Clerk:** AF by TRB |